```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )
12           Plaintiff,           ) 2:12-MJ-00074-DAD
                                  )
13                                ) STIPULATION TO VACATE COURT
         v.                       ) TRIAL AND SET CHANGE OF PLEA
14                                )
    FIDEL CHAVEZ,                 ) DATE: May 1, 2012
15                                ) TIME: 9:00 a.m.
             Defendant.           ) JUDGE: Hon. Dale A. Drozd
16  _____ )
17
18
19       The United States, through its respective counsel, Alex
20  Lozada, Special Assistant United States Attorney, and Linda
21  Harter, Attorney for Fidel Chavez, hereby stipulate to vacate
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

the court trial currently scheduled for May 2, 2012 at 9:00 a.m., and set a change of plea hearing for May 1, 2012 at 10:00 a.m.

DATED: April 23, 2012          BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Alex Lozada
                               ALEX LOZADA
                               Special Assistant U.S. Attorney

DATED: April 23, 2012          DANIEL J. BRODERICK
                               Federal Defender

                               (as authorized on 4/23/2012)
DATED: April 23, 2012          /s/ Alex Lozada
                               LINDA HARTER
                               Chief Assistant Federal Defender
                               Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: April 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
chavez0074.stipo.set